JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE GLENN, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>WAL-MART, INC., a corporation form unknown e/b/a WAL-MART NEIGHBORHOOD MARKET; and DOES 1-50, inclusive,<br><br>        Defendants. | Case No.: 8:18-cv-02156-JLS-KES<br><br>**Hon. Josephine L. Staton**<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41** |

1  HAVING REVIEWED THE STIPULATION OF THE PARTIES AND
2  GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

4  The above action is hereby voluntarily dismissed in its entirety, with prejudice,
5  pursuant to FRCP 41(a)(1)(A)(ii).

7  **IT IS SO ORDERED**:

9  DATED: May 7, 2019

By: _____
JOSEPHINE L. STATON
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE